McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, New Jersey 07962
(973) 993-8100
Attorneys for Plaintiff, Principal Life Insurance Company

By: _____
    Steven P. Del Mauro

UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PRINCIPAL LIFE INSURANCE COMPANY,<br><br>                Plaintiff,<br>vs.<br><br>THE BORIS BLUMENFELD 2008 IRREVOCABLE TRUST, DAVID ESSES, TRUSTEE OF THE BORIS BLUMENFELDT 2008 IRREVOCABLE TRUST, BORIS BLUMENFELD 2008 FAMILY INSURANCE TRUST, DAVID ESSES, TRUSTEE OF THE BORIS BLUMENFELD 2008 FAMILY INSURANCE TRUST AND BORIS BLUMENFELD,<br><br>                Defendants. | CIVIL ACTION NO.: |

## CIVIL ACTION – VOLUNTARY STIPULATION OF DISMISSAL

The undersigned attorneys for plaintiff, Principal Life Insurance Company, thereby agree

and stipulate to the dismissal of the civil action with prejudice.

                McELROY, DEUTSCH, MULVANEY &
                CARPENTER, LLP
                Attorneys for Plaintiff, Principal Life Insurance Company

                By: _____
                      Steven P. Del Mauro

Dated: July 30, 2008
1121234_1.doc

-2-